UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN A. GARY,

    Petitioner,

vs.

SHIRLEE A. HARRY,

    Respondent.
_____/

Civil Action No.
07-CV-12010

HON. BERNARD A. FRIEDMAN

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on Magistrate Judge Paul J. Komives' Report and Recommendation ("R&R") dated July 30, 2008. In his R&R, Magistrate Judge Komives recommends that Petitioner's Application for Writ of Habeas Corpus [docket entry 1] be denied. Plaintiff has not filed objections to the Magistrate Judge's R&R and the time to do so has expired.

The Court has had the opportunity to fully review this matter. The Court finds that Magistrate Judge Komives correctly and thoroughly analyzed all of the issues presented and that he reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

1

IT IS ORDERED that the Magistrate Judge's R&R of July 30, 2008, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Petitioner's Application for Writ of Habeas Corpus [docket entry 1] is denied.

                                            S/Bernard A. Friedman
                                            BERNARD A. FRIEDMAN
                                            CHIEF UNITED STATES DISTRICT JUDGE

Dated: August 18, 2008
        Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager to Chief Judge Friedman